Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

**VA 2-429-051**

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 22, 2025

## Title

| | |
|---|---|
| Title of Work: | My Doctor Says I Need Glasses |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2017 |
| Date of 1st Publication: | November 08, 2017 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Anderson Design Group, Inc. |
| Author Created: | 2-D artwork |
| Work made for hire: | Yes |
| Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Anderson Design Group, Inc. |
| | 116 29th Ave., N. Nashville, TN, 37203, United States |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Grateful Licensing Group LLC. |
| Name: | Matt Appelman |
| Email: | matt@gratefullicensing.com |
| Telephone: | (802)777-1337 |
| Address: | P.O. Box 844 |
| | Manchester Center, VT 05255 United States |

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-429-055**

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 22, 2025

---

## Title

**Title of Work:** Italy: The Amalfi Coast

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** July 01, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Anderson Design Group, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Anderson Design Group, Inc.
116 29th Ave., N. Nashville, TN, 37203, United States

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-428-583**

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 21, 2025

## Title

**Title of Work:** Italy: Rome By Vespa

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** February 20, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Anderson Design Group, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Anderson Design Group, Inc.
116 29th Ave., N. Nashville, TN, 37203, United States

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-428-622**

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 21, 2025

---

## Title

**Title of Work:** 1984: George Orwell

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** November 03, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Anderson Design Group, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Anderson Design Group, Inc.
116 29th Ave., N. Nashville, TN, 37203, United States

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

Page 1 of 2



©2022 Anderson Design Group, Inc. All rights reserved. www.ADGstore.com

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-429-594**

**Effective Date of Registration:** December 16, 2024
**Registration Decision Date:** January 24, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Blue Crab |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | June 08, 2016 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Anderson Design Group, Inc. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anderson Design Group, Inc.<br>116 29th Ave., N. Nashville, TN, 37203, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Grateful Licensing Group LLC. |
| **Name:** | Matt Appelman |
| **Email:** | matt@gratefullicensing.com |
| **Telephone:** | (802)777-1337 |
| **Address:** | P.O. Box 844<br>Manchester Center, VT 05255 United States |

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-429-052

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 22, 2025

---

### Title

| | |
|---|---|
| **Title of Work:** | Malibu, CA |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | August 08, 2017 |
| **Nation of 1st Publication:** | United States |

### Author

| | |
|---|---|
| • **Author:** | Anderson Design Group, Inc. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anderson Design Group, Inc. 116 29th Ave., N. Nashville, TN, 37203, United States |

### Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Grateful Licensing Group LLC. |
| **Name:** | Matt Appelman |
| **Email:** | matt@gratefullicensing.com |
| **Telephone:** | (802)777-1337 |
| **Address:** | P.O. Box 844 Manchester Center, VT 05255 United States |

### Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**
**VA 2-428-577**
**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 21, 2025

---

## Title

    **Title of Work:** France: Nice

## Completion/Publication

    **Year of Completion:** 2019
    **Date of 1st Publication:** February 13, 2019
    **Nation of 1st Publication:** United States

## Author

    • **Author:** Anderson Design Group, Inc.
    **Author Created:** 2-D artwork
    **Work made for hire:** Yes
    **Citizen of:** United States

## Copyright Claimant

    **Copyright Claimant:** Anderson Design Group, Inc.
    116 29th Ave., N. Nashville, TN, 37203, United States

## Rights and Permissions

    **Organization Name:** Grateful Licensing Group LLC.
    **Name:** Matt Appelman
    **Email:** matt@gratefullicensing.com
    **Telephone:** (802)777-1337
    **Address:** P.O. Box 844
    Manchester Center, VT 05255 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-429-002**

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 22, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | New York City: Skyline Glow |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | December 29, 2020 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Anderson Design Group, Inc. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anderson Design Group, Inc. |
| | 116 29th Ave., N. Nashville, TN, 37203, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Grateful Licensing Group LLC. |
| **Name:** | Matt Appelman |
| **Email:** | matt@gratefullicensing.com |
| **Telephone:** | (802)777-1337 |
| **Address:** | P.O. Box 844 |
| | Manchester Center, VT 05255 United States |

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

**VA 2-428-948**

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 22, 2025

---

## Title

**Title of Work:** Seattle, WA: Ferry

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** October 18, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Anderson Design Group, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Anderson Design Group, Inc.
116 29th Ave., N. Nashville, TN, 37203, United States

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

Page 1 of 2

